THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SALLIE A. MANTELL, :
:
    Plaintiff, :
v. : 3:17-CV-128
: (JUDGE MARIANI)
NANCY A. BERRYHILL, :
ACTING COMMISSIONER OF :
SOCIAL SECURITY, :
:
    Defendant. :

ORDER

AND NOW, THIS 20th DAY OF JUNE, 2018, upon review of Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 19) for clear error or manifest injustice,[1] **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 19) is **ADOPTED** for the reasons discussed therein.

2. The Commissioner of Social Security's decision is **VACATED**.

3. The case is **REMANDED** for further proceedings consistent with this Order.

4. The Clerk of Court is directed to **CLOSE** this case.

                                              Robert D. Mariani
                                              United States District Judge

---

[1] The Government advised the Court that it waives the opportunity to object to this Report and Recommendation. (*See* Doc. 20).